No. 79–6135. CUNNINGHAM *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 79–6136. WILLIAMS *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 79–6140. TRICKER *v.* CUPP, PENITENTIARY SUPERINTENDENT. Sup. Ct. Ore. Certiorari denied.

No. 79–6144. ALLEN *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 79–6162. NORMENT ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 79–6186. NOE *v.* CIVILETTI, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–6215. MEARS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–6233. DAVIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–6252. WRIGHT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–6256. CALLAHAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6259. BURGESS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–6268. SUHAIL, AKA KIER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.